SELMAR GARAGE CORP., Appellant-Respondent, *v.* RINK REALTY CORPORATION, Respondent-Appellant, et al., Defendants.

Argued May 31, 1955; decided July 8, 1955.

*Otis Mark Waters* for appellant.

*Marcus Klein* and *Benjamin A. Hartstein* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.

Motion to dismiss appeal of Rink Realty Corporation denied.

Motion by defendant Rink Realty Corporation to discontinue appeal granted.